UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,                        Case No. 24-cv-11380

      Plaintiff,                           F. Kay Behm
v.                                         United States District Judge

MICHIGAN ASPHALT, NICK
DREW,

      Defendants.
_____ /

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order entered this same day, this civil action is **DISMISSED**

**WITH PREJUDICE**.  This is a final order and closes the case.

      **SO ORDERED**.

Date: April 13, 2026            s/ F. Kay Behm
                             F. Kay Behm
                             United States District Judge

1